# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DIANE M. LOCHTEFELD,
  Plaintiff,

v.              CIV No. 17-00653

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,
  Defendant.

## ORDER GRANTING MOTION TO REMAND

**THIS MATTER** comes upon the Court on *Defendant's Unopposed Motion to Remand*. The Court finds that remand for further administrative proceedings is appropriate.

**IT IS HEREBY ORDERED** that *Defendant's Unopposed Motion for Remand* be **GRANTED**. This case is remanded pursuant to the fourth sentence of 42 U.S.C. § 205(g). Upon remand, the Appeals Council will direct the administrative law judge (ALJ) to provide Plaintiff with the opportunity to submit additional evidence and attend a supplemental hearing. The ALJ will evaluate the medical source opinion from Joan Scott, Ph.D., and Dr. Scott's treatment notes. The ALJ will also re-evaluate Plaintiff's residual functional capacity and, if necessary, obtain supplemental vocational expert evidence as necessary to determine whether Plaintiff can perform past relevant work or other work existing in significant numbers in the national economy. The ALJ will consider the entire record and proceed through the sequential evaluation process as necessary to issue a de novo decision.

**IT IS FURTHER ORDERED** that judgment in favor of Plaintiff shall issue.

Dated this __29th__ day of November, 2017

_____
Stephan M. Vidmar
United States Magistrate Judge

Approved by Danielle A. Pedderson and via e-mail by Justin Raines on November 27, 2017.