# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**DIANE MARIE LOCHTEFELD,**

    **Plaintiff,**

**v.**                                                                                            **No. 17-cv-0653 SMV**

**NANCY A. BERRYHILL,[1]**
**Acting Commissioner of Social Security Administration,**

    **Defendant**

## JUDGMENT

Having granted Defendant's Unopposed Motion to Reverse and Remand for Further

Administrative Proceedings [Doc. 20],

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered

in favor of Plaintiff.

    **IT IS SO ORDERED.**


_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).